UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 16 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DAVISON DESIGN & DEVELOPMENT, INC., a Pennsylvania corporation; et al.,

        Plaintiffs-counter-defendants - Appellees,

 v.

CATHY RILEY, an individual,

        Defendant-counter-claimant - Appellant.

No. 13-17449

D.C. No. 4:11-cv-02970-PJH
U.S. District Court for Northern California, Oakland

**ORDER**

    The Court of Appeals' records do not indicate that appellant has filed a Mediation Questionnaire in accordance with Circuit Rule 3-4.

    Within seven (7) days of the filing of this order, appellant shall: (a) file a Mediation Questionnaire (available on the court's website, www.ca9.uscourts.gov); (b) dismiss the appeal voluntarily pursuant to Fed. R. App. P. 42(b); or (c) show cause in writing why this appeal should not be dismissed pursuant to Ninth Cir. R. 42-1. Failure to comply with this order will result in dismissal pursuant to Ninth Cir. R. 42-1.

Information about the mediation program may be found on the court's website: www.ca9.uscourts.gov/mediation.

FOR THE COURT:

Mary Schlepp
Deputy Clerk

ms/mediation