

USCA DOCKET # (IF KNOWN)

13-17449

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: NDCA | JUDGE: Phyllis J. Hamilton |
|---|---|---|
| CATHY RILEY v. DAVISON DESIGN & DEVELOPMENT, INC. et al. | DISTRICT COURT NUMBER: 11-2970 PJH (MEJ) | |
| | DATE NOTICE OF APPEAL FILED: December 13, 2013 | IS THIS A CROSS APPEAL? ☒ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): N/A | |

BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:

Davison Design et al. seek a declaration that 115 commercial emails allegedly sent by them to Riley do not violate California's Business & Professions Code. They also seek a declaration that Riley's counter-claims to the contrary are preempted by the federal CAN-SPAM Act. Relying on Gordon v. Virtumundo, 575 F.3d 1040 (9th Cir. 2009), Judge Hamilton held that Riley's counter-claims were preempted by CAN-SPAM because she could not plead reliance or damages and could not establish any knowing and material misrepresentations.

PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:

1. Do the emails at issue violate Section 17529.5 of California's Business & Professions Code?
2. Are Riley's counter-claims preempted by the federal CAN-SPAM Act because there is no evidence of reliance or damages and she cannot allege a claim for fraud?
3. Are Riley's counter-claims preempted by the federal CAN-SPAM Act because she cannot demonstrate any knowing and material misrepresentations?

PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):

N/A

DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:

☐ Possibility of Settlement
☐ Likelihood that intervening precedent will control outcome of appeal
☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify)

☐ Any other information relevant to the inclusion of this case in the Mediation Program

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

### JURISDICTION

**FEDERAL**
- [ ] FEDERAL QUESTION
- [x] DIVERSITY
- [x] OTHER (SPECIFY): 28 U.S.C. 2201 (Declaratory Judgment)

**APPELLATE**
- [x] FINAL DECISION OF DISTRICT COURT
- [ ] INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT
- [ ] INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):
- [ ] OTHER (SPECIFY):

### DISTRICT COURT DISPOSITION

**TYPE OF JUDGMENT/ORDER APPEALED**
- [ ] DEFAULT JUDGMENT
- [ ] DISMISSAL/JURISDICTION
- [ ] DISMISSAL/MERITS
- [x] SUMMARY JUDGMENT
- [x] JUDGMENT/COURT DECISION
- [ ] JUDGMENT/JURY VERDICT
- [ ] DECLARATORY JUDGMENT
- [ ] JUDGMENT AS A MATTER OF LAW
- [ ] OTHER (SPECIFY):

**RELIEF**
- [x] DAMAGES:
  - SOUGHT $
  - AWARDED $
- [ ] INJUNCTIONS:
  - [ ] PRELIMINARY
  - [ ] PERMANENT
  - [ ] GRANTED
  - [ ] DENIED
- [ ] ATTORNEY FEES:
  - SOUGHT $
  - AWARDED $
- [ ] PENDING
- [ ] COSTS: $

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

*[Signature]*     Date: 12/13/2013

## COUNSEL WHO COMPLETED THIS FORM

| | |
|---|---|
| NAME | Leeor Neta |
| FIRM | Newman Du Wors LLP |
| ADDRESS | 150 California Street, Suite 2100 |
| CITY | San Francisco |
| STATE | CA |
| ZIP CODE | 94111 |
| E-MAIL | leeor@newmanlaw.com |
| TELEPHONE | 415-944-5422 |
| FAX | 415-944-5423 |

**\*\*THIS DOCUMENT SHOULD BE FILED IN DISTRICT COURT WITH THE NOTICE OF APPEAL.\*\***
**\*\*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS.\*\***