UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | No. 13-17449 |
| District Court/Agency Case Number(s): | D.C. No. 4:11-cv-02970-PJH |
| District Court/Agency Location: | U.S. District Court for Northern California, Oakland |
| Case Name: | DAVISON DESIGN & DEVELOPMENT, INC., et al   v.   CATHY RILEY |
| If District Court, docket entry number(s) of order(s) appealed from: | 138, 149, 157, 171, 188, 197, 212, 217 |
| Name of party/parties submitting this form: | Cathy Riley |

Please briefly describe the dispute that gave rise to this lawsuit.

Plaintiffs sent unsolicited commercial email to Defendant Riley. She wrote a demand letter pointing out that the email messages were in violation of California law. Plaintiffs then filed the instant action seeking declaratory relief in the form of an order stating that the email messages did not violate California law. Riley counter-claimed for damages under California Business & Professions Code Section 17529.5.

Briefly describe the result below and the main issues on appeal.

The District Court dismissed most of Riley's counterclaims for failure to plead reliance and damages. The Court dismissed the rest of Riley's counterclaims for failure to prove reliance. The Court declined to exercise jurisdiction over the declaratory relief action.

Describe any proceedings remaining below or any related proceedings in other tribunals.

The Plaintiffs in the instant action (or some of them) have filed a similar declaratory relief action titled XL Marketing Corp. et al v. Kirby, Case No. 4:11-cv-05107-PJH (N.D.Cal.). There is also an action where the Spire Vision plaintiffs are named defendants in an action regarding unsolicited commercial email, titled Wagner v. Digital Publishing Corporation et al 3:13-cv-04952-WHA (N.D.Cal.).

Provide any other thoughts you would like to bring to the attention of the mediator.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: s/ Timothy Walton

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Cathy Riley

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

**Kavon Adli**
Attorney at Law
9107 Wilshire Boulevard
Suite 500
Beverly Hills, CA 90210
310-910-1496
310-356-3257 (fax)
kavon@tilg.us
  Assigned: 06/23/2012
  LEAD ATTORNEY
  ATTORNEY TO BE NOTICED

representing

**ConsumerInjuryAlert.com**
*(Counter-defendant)*

**Daniel L. Balsam**
The Law Offices of Daniel Balsam
2601C Blanding Avenue #271
Alameda, CA 94501
415-869-2873
415-869-2873 (fax)
legal@danbalsam.com
  Assigned: 09/26/2011
  ATTORNEY TO BE NOTICED

representing

**Catherine Riley**
*(Counter-claimant)*

**Catherine Riley**
*(Defendant)*

**Kristina Kirby**
*(Counter-claimant)*

**John David Du Wors**
Newman Du Wors LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
(206) 274-2800
(206) 274-2801 (fax)
duwors@newmanlaw.com
  Assigned: 06/16/2011
  ATTORNEY TO BE NOTICED

representing

**Prime Advertisers, LLC**
*(Counter-defendant)*

**Prime Advertisers, LLC**
*(Plaintiff)*

**ConnectionCentrals**
*(Counter-defendant)*

**ConnectionCentrals**
*(Plaintiff)*

**Davison Design & Development Inc.**
*(Counter-defendant)*

**Davison Design & Development Inc.**
*(Plaintiff)*

**MediActivate, LLC**
*(Counter-defendant)*

**MediActivate, LLC**
*(Plaintiff)*

**ProAdvertisers, LLC**
*(Counter-defendant)*

**ProAdvertisers, LLC**
*(Plaintiff)*

**Spire Vision Holdings, Inc.**
*(Counter-defendant)*

**Spire Vision Holdings, Inc.**
*(Plaintiff)*

**XL Marketing Corp.**
*(Counter-defendant)*

**XL Marketing Corp.**
*(Plaintiff)*

**Caivis Acquisition Corp. II**
*(Counter-defendant)*

**Caivis Acquisition Corp. III**
*(Counter-defendant)*

**Digital Publishing Corp.**
*(Counter-defendant)*

**SilverInteractive**
*(Counter-defendant)*

**Spire Vision LLC**
*(Counter-defendant)*

**Spire Vision LLC**
*(Cross-defendant)*

**Ward Media Inc.**
*(Counter-defendant)*

**OpportunityCentral**
3810 Murrell Road #331
Rockledge, FL 32955
*(Counter-defendant)*

**SilverInteractive**
*(Counter-defendant)*

**Caivis Acquisition Corp. II**
*(Counter-defendant)*

**Caivis Acquisition Corp. III**
*(Counter-defendant)*

**Spire Vision LLC**
*(Counter-defendant)*

|  |  |  |
|---|---|---|
|  |  | **Serve Clicks LLC**<br>2550 E. Desert Inn Rd. #401<br>Las Vegas, NV 89121<br>*(Counter-defendant)* |
| **Victor T Fu**<br>LKP Global Law, LLP<br>1901 Avenue of the Stars<br>Suite 480<br>Los Angeles, CA 90067<br>424-239-1890<br>(424) 239-1882 (fax)<br>vfu@lkpgl.com<br> *Assigned: 04/25/2012*<br>  *ATTORNEY TO BE NOTICED* | representing | **Spark Networks USA LLC**<br>*(Counter-defendant)* |
|  |  | **Spark Networks USA LLC**<br>*(Cross-claimant)* |
| **Leeor Neta**<br>Newman Du Wors LLP<br>150 California Street, Suite 2100<br>San Francisco, CA 94111<br>(310) 359-8200<br>(310) 359-8190 (fax)<br>leeor@newmanlaw.com<br> *Assigned: 10/10/2012*<br>  *ATTORNEY TO BE NOTICED* | representing | **ConnectionCentrals**<br>*(Plaintiff)* |
|  |  | **MediActivate, LLC**<br>*(Plaintiff)* |
|  |  | **Prime Advertisers, LLC**<br>*(Plaintiff)* |
|  |  | **ProAdvertisers, LLC**<br>*(Plaintiff)* |
|  |  | **Spire Vision Holdings, Inc.**<br>*(Plaintiff)* |

**XL Marketing Corp.**
*(Plaintiff)*

**Davison Design & Development Inc.**
*(Plaintiff)*

**Caivis Acquisition Corp. II**
*(Counter-defendant)*

**Caivis Acquisition Corp. III**
*(Counter-defendant)*

**Digital Publishing Corp.**
*(Counter-defendant)*

**SilverInteractive**
*(Counter-defendant)*

**Spire Vision LLC**
*(Counter-defendant)*

**Ward Media Inc.**
*(Counter-defendant)*

**Serve Clicks LLC**
2550 E. Desert Inn Rd. #401
Las Vegas, NV 89121
*(Counter-defendant)*

**Spire Vision LLC**
*(Counter-defendant)*

**Derek Alan Newman**
Newman Du Wors LLP
100 Wilshire Blvd., Ste. 950
Santa Monica, CA 90401

representing

**ConnectionCentrals**
*(Counter-defendant)*

3103598200
3103598190 (fax)
derek@newmanlaw.com
*Assigned: 06/16/2011*
*TERMINATED: 10/17/2011*
*LEAD ATTORNEY*

**ConnectionCentrals**
*(Plaintiff)*

**Davison Design & Development Inc.**
*(Counter-defendant)*

**Davison Design & Development Inc.**
*(Plaintiff)*

**MediActivate, LLC**
*(Counter-defendant)*

**MediActivate, LLC**
*(Plaintiff)*

**Prime Advertisers, LLC**
*(Counter-defendant)*

**Prime Advertisers, LLC**
*(Plaintiff)*

**ProAdvertisers, LLC**
*(Counter-defendant)*

**ProAdvertisers, LLC**
*(Plaintiff)*

**Spire Vision Holdings, Inc.**
*(Counter-defendant)*

**Spire Vision Holdings, Inc.**
*(Plaintiff)*

**XL Marketing Corp.**
*(Counter-defendant)*

**XL Marketing Corp.**
*(Plaintiff)*

**Robert Howard Nunnally, Jr.**
Wisener * Nunnally * Gold, LLP
625 West Centerville Road, Suite 110
Garland, TX 75041
(972) 840-9080 x12
(972) 840-6575 (fax)
robert@wnglaw.com
 *Assigned: 02/20/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Autotegrity Inc.**
*(Counter-defendant)*

**Autotegrity Inc.**
*(Counter-defendant)*

**Reza Sina**
SINA LAW GROUP
801 South Figueroa Street, 12th Floor
Los Angeles, CA 90017
213-417-3661
877-341-5578 (fax)
reza@sinalawgroup.com
 *Assigned: 04/09/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**GMB Direct Inc.**
*(Counter-defendant)*

| | | |
|---|---|---|
| **Timothy James Walton**<br>Walton Twu LLP<br>9515 Soquel Drive, Suite 207<br>Aptos, CA 95003-4137<br>(831) 685-9800<br>(650) 618-8687 (fax)<br>timothywalton47@gmail.com<br> *Assigned: 09/26/2011*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | representing | **Catherine Riley**<br>*(Counter-claimant)* |
| | | **Catherine Riley**<br>*(Defendant)* |