UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC., a Pennsylvania corporation; et al.,<br><br>        Plaintiffs-counter-defendants - Appellees,<br><br> v.<br><br>CATHY RILEY, an individual,<br><br>        Defendant-counter-claimant - Appellant. | No. 13-17449<br><br>D.C. No. 4:11-cv-02970-PJH<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |
| DAVISON DESIGN & DEVELOPMENT, INC., a Pennsylvania corporation; et al.,<br><br>        Plaintiffs-counter-defendants - Appellants,<br><br> v.<br><br>CATHY RILEY, an individual,<br><br>        Defendant-counter-claimant - Appellee. | No. 13-17561<br><br>D.C. No. 4:11-cv-02970-PJH<br>U.S. District Court for Northern California, Oakland |

These cases are NOT SELECTED for inclusion in the Mediation Program.

Counsel may contact Lisa Jaye, Circuit Mediator, at 415-355-7910, or lisa_jaye@ca9.uscourts.gov to discuss services available through the court's mediation program, to request a settlement assessment conference, or to request a stay of the appeal for settlement purposes. Also, upon agreement of the parties, the briefing schedule can be modified or vacated to facilitate settlement discussions.

Counsel are requested to send copies of this order to their clients. Information regarding the mediation program may be found at **www.ca9.uscourts.gov/mediation.**

FOR THE COURT:

Mary Schlepp
Deputy Clerk

ms/mediation